Rick W. Hightower, Esq.
State Bar Number 09614500
Patrick M. Lynch, Esq.
State Bar Number 24065655
BEASLEY, HIGHTOWER & HARRIS, P.C.
1601 Elm Street, Suite 4350
Dallas, TX 75201
 (214) 220-4700 (telephone)
(214) 220-4753 (telefax)
Email: rhightower@bhhlaw.com
Email: plynch@bhhlaw.com

Attorneys for RREAF Holdings LLC

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| RREAF Holdings LLC & <br> RREAF HOLDINGS (O&G PORTFOLIO NUMBER 1), LLC <br>     Plaintiffs, <br><br> v. <br><br> First Capital Real Estate Investments, LLC, <br>     Defendant | Case No. 17-cv-469 |

**PLAINTIFFS' ORIGINAL COMPLAINT**

COMES NOW RREAF HOLDINGS LLC and RREAF HOLDINGS (O&G PORTFOLIO NUMBER 1), LLC and file this Plaintiffs' Original Complaint complaining of FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC, and in support thereof would respectfully show as follows:

### I. Parties

1.1   Plaintiff, RREAF Holdings LLC ("RREAF") is a Texas Limited Liability Company;

1.2    Plaintiff, RREAF HOLDINGS (O&G PORTFOLIO NUMBER 1), LLC ("RREAF O&G 1") is a Texas Limited Liability Company (together with RREAF "Plaintiffs").

1.3    Defendant, First Capital Real Estate Investments, LLC ("First Capital") is a California Limited Liability Company with its principal place of business at 2355 Gold Meadow Way, Suite 160, Gold River, California 95670, which can be served with process by serving its registered agent for service of process, Suneet Singal, at 2355 Gold Meadow Way, Suite 160, Gold River, California 95670.

## II.  Jurisdiction and Venue

2.1    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000, exclusive of interest and costs, and there exists complete diversity between Plaintiffs, each a Texas company with its principal place of business in Texas, and Defendant, a California company with its principal place of business in California.

2.2    Venue is proper in this Court as this is a suit to enforce contracts between the parties, each of which included a forum selection clause identifying Dallas as the proper venue for litigation of disputes between the parties.

## III. Factual Background

3.1    On or about December 30, 2015 Defendant First Capital executed two promissory notes as maker in favor of Plaintiffs RREAF and RREAF O&G 1 respectively as payees (collectively the "Notes").

3.2    Under one of the Notes, First Capital promised to pay the principal sum of Three Million Two Hundred Thousand and No/100 Dollars ($3,200,000.00) to RREAF O&G 1 with interest at 5% per year ("Note 1"). A true and correct copy of Note 1 is attached here as **Exhibit A**.

3.3    Under the other of the Notes, First Capital promised to pay the principal sum of Eight Hundred thousand and No/100 Dollars ($800,000) to RREAF with interest at 5.0% per year ("Note 2"). A true and correct copy of Note 2 is attached here as **Exhibit B**.

3.4    The interest rate on each of the Notes in the event of default by First Capital or failure to pay the Notes in full by December 31, 2016 ("Maturity Date") is 18% per year.

3.5    Plaintiffs have performed all of their respective obligations and duties under the Notes and all conditions precedent to enforcement of the Notes have occurred.

3.6    The Notes have matured and are each now wholly due and payable.

3.7    Despite formal demand by Plaintiffs, First Capital has failed to pay the amounts due on the Notes by the respective Maturity Date for each and is now wholly in default on its obligations under the Notes.

3.8    Plaintiffs bring the instant action to enforce the Notes and recover their contractual damages for First Capital's default.

## IV. Claims for Relief

### COUNT 1 – BREACH OF CONTRACT

4.1    The Notes represent valid and enforceable contracts between Plaintiffs and First Capital.

4.2    Plaintiffs have performed their respective obligations and duties under the Notes.

4.3    All conditions precedent to the enforcement of the Notes have been satisfied.

4.4    First Capital has defaulted in its obligations under the Notes.

4.5    First Capital's default has damaged and continues to damage Plaintiffs.

## V. Attorneys' Fees

5.1   Plaintiffs retained the undersigned counsel and firm, Beasley, Hightower & Harris, P.C., for representation in this matter.

5.2   Plaintiffs are entitled to recover reasonable and necessary attorneys' fees in this matter pursuant to the express terms of the Notes.

5.3   Additionally and in the alternative, this is a dispute involving the enforcement of a contract governed and to be construed under the laws of the State of Texas, and Plaintiffs are entitled to recover their attorneys' fees pursuant to Texas Civil Practices and Remedies Code § 38.001.

WHEREFORE, Plaintiffs RREAF Holdings LLC and RREAF Holdings (O&G Portfolio Number 1), LLC respectfully request Defendant First Capital Real Estate Investments, LLC be cited to appear and answer herein, and after a final hearing, that the Court find Defendant First Capital Real Estate Investments, LLC is liable for breach of contract to RREAF Holdings (O&G Portfolio Number 1), LLC in the amount of $3,200,000 plus interest, fees, costs and other charges that accrue pursuant to Note 1, and to RREAF Holdings LLC in the amount of $800,000 plus interest, fees, costs and other charges that accrue pursuant to Note 2, and that Plaintiffs have such other and further relief as is just.

DATED February 17, 2017.

            Respectfully submitted,

            BEASLEY, HIGHTOWER & HARRIS, P.C.
            1601 Elm Street, Suite 4350
            Dallas, TX 75201
            (214) 220-4700 (telephone)
            (214) 220-4753 (telefax)

            By: /s/Patrick M. Lynch_____
              Rick W. Hightower

State Bar No. 09614500
rhightower@bhhlaw.com
Patrick M. Lynch
State Bar No. 24065655
plynch@bhhlaw.com

ATTORNEYS FOR PLAINTIFFS,
RREAF HOLDINGS LLC &
RREAF HOLDINGS
(O&G PORTFOLIO NUMBER 1), LLC