IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RREAF HOLDINGS LLC et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  3:17-CV-0469-D |
| | § | |
| FIRST CAPITAL REAL ESTATE | § | |
| INVESTMENTS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiffs' March 9, 2018 motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2) is granted, and this action is dismissed without prejudice.  Each party shall bear the party's own respective taxable costs of court.

**SO ORDERED**.

March 27, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE